**210B (10/06**)

# United States Bankruptcy Court

District of South Dakota
Case No. 09-40397
Chapter 13

In re:

| | |
|---|---|
| Matthew Jade Parish<br>606 Honeysuckle Drive<br>Harrisburg SD 57032 | Melynda Lane Knock-Parish<br>606 Honeysuckle Drive<br>Harrisburg SD 57032 |

## NOTICE OF TRANSFER OF CLAIM

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this Court on 11/04/2009.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 15: PRA Receivables Management, LLC as agent for, HSBC Bank Nevada, N.A., PO Box 12907, Norfolk VA 23541 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the Court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the Court, the transferee will be substituted as the original claimant without further order of the Court.

Date:   11/12/09

Frederick M. Entwistle
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0869-4           User: dmick              Page 1 of 1              Date Rcvd: Nov 10, 2009
Case: 09-40397                 Form ID: trc             Total Noticed: 1

The following entities were noticed by first class mail on Nov 12, 2009.
 948246       +PRA Receivables Management, LLC as agent for,    HSBC Bank Nevada, N.A.,   PO Box 12907,
               Norfolk VA 23541-0907
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2009**          Signature:   _Joseph Speetjens_