UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re | ) | Bankr. No. 09-40397 |
| | ) | Chapter 13 |
| MATTHEW JADE PARISH | ) | |
| SSN/ITIN xxx-xx-0296 | ) | |
| | ) | |
| and | ) | |
| | ) | ORDER AWARDING FEES |
| | ) | TO DEBTORS' ATTORNEY |
| MELYNDA LANE KNOCK-PARISH | ) | |
| aka Melynda Lane Parish | ) | |
| SSN/ITIN xxx-xx-2347 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of Attorney Thomas A. Blake's Chapter 13 Fee Application (doc. 34) and the record before the Court; and it appearing no objection to the application was timely filed after appropriate notice; and for good cause shown; now, therefore,

IT IS HEREBY ORDERED Attorney Blake's application is granted, and he is awarded as a chapter 13 administrative expense $3,500.00 for compensation for services, $210.00 for applicable sales tax, and $500.00 for reimbursement of expenses, for a total award of $4,210.00. Attorney Blake shall draw down and apply his $730.00 retainer. The remaining $3,480.00 shall be paid by Trustee Dale Wein pursuant to the terms of Debtors' confirmed plan.

So ordered: November 25, 2009.

BY THE COURT:

*/s/ Charles L. Nail, Jr./*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document
was mailed or faxed to the parties shown on the
Notice of Electronic Filing as not having received
electronic notice and Debtor(s), if Debtor(s) did
not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered
on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota