210B (12/09)

# United States Bankruptcy Court

District of South Dakota
Case No. 09-40397
Chapter 13

In re:

Matthew Jade Parish
606 Honeysuckle Drive
Harrisburg SD 57032

Melynda Lane Knock-Parish
606 Honeysuckle Drive
Harrisburg SD 57032

## NOTICE OF TRANSFER OF CLAIM

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this Court on 12/25/2009.

Name and Address of Alleged Transferor(s):

Claim No. 16: GE Money Bank, dba CARE CREDIT/GEMB, Care of GE Consumer Finance, PO Box 960061, Orlando FL 32896-0661

Name and Address of Transferee:

CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the Court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the Court, the transferee will be substituted as the original claimant without further order of the Court.

Date:   12/30/09

Frederick M. Entwistle
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0869-4           User: dmick              Page 1 of 1              Date Rcvd: Dec 28, 2009
Case: 09-40397                 Form ID: trc             Total Noticed: 1

The following entities were noticed by first class mail on Dec 30, 2009.
  NO NOTICES MAILED.

The following entities were noticed by electronic transmission on Dec 28, 2009.
952901         E-mail/PDF: gecsedi@recoverycorp.com Dec 29 2009 00:41:09     GE Money Bank,
               dba CARE CREDIT/GEMB,   Care of GE Consumer Finance,   PO Box 960061,   Orlando FL 32896-0661
                                                                                                    TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                              TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2009**          **Signature:**   _Joseph Speetjens_