UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: | Bankr. No. 09-40397 |
| | Chapter 13 |
| MATTHEW JADE PARISH | |
| SSN/ITIN xxx-xx-0296 | |
| | |
| and | ORDER SETTING HEARING ON |
| | TRUSTEE'S MOTION TO DISMISS |
| MELYNDA LANE KNOCK-PARISH | |
| aka Melynda Lane Parish | |
| SSN/ITIN xxx-xx-2347 | |
| | |
| Debtors. | |

Upon consideration of the record before the Court and for cause shown,

IT IS HEREBY ORDERED a hearing on Trustee Dale A. Wein's Motion to Dismiss (doc. 38) will be held February 11, 2010 at 9:15 a.m. (Central) in the assigned courtroom, U.S. Courthouse, 400 South Phillips Avenue, Sioux Falls, South Dakota.

So ordered: January 7, 2010.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota